NBA ENTERTAINMENT,
A DIVISION OF NBA PROPERTIES, INC.
Michelle C. Pujals (MP 0088)
645 Fifth Avenue
New York, New York 10022
(212) 407-8000
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NBA ENTERTAINMENT, a division of NBA PROPERTIES, INC., | 05 CV 7119 (AKH) **ECF Case** |
| Plaintiff, | |
| v. | **RULE 7.1 STATEMENT** |
| TOPSPORTS VENTURES S.A. | |
| Defendant. | |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for NBA Entertainment, a division of NBA Properties, Inc., a private non-governmental party, certifies the following:

　　　　NBAP does not have publicly-held corporate parents or subsidiaries. However, the shareholders of NBAP are the member teams of the National Basketball Association ("NBA"), and the following publicly-held companies have an ownership interest in an NBA team:

　　1.　Aramark Corp.

　　2.　Bank of America

3. Bell Globemedia, Inc.

4. Cablevision Systems Corp.

5. Clear Channel Communications, Inc.

6. Comcast Corporation

7. Fox Entertainment Group, Inc.

8. IBC Capital Corporation

9. Microsoft Corp.

10. The News Corporation Limited

11. SBC Communications, Inc.

12. Toronto Dominion Bank

13. Turner Broadcasting System, Inc.

14. Valero Corporate Services, Inc.

15. Wachovia Corporation

Dated:   New York, New York
         August 10, 2005

by: _____
Michelle C. Pujals (MP 0088)
Attorney for Plaintiff
NBA Entertainment, a division of
NBA Properties, Inc.
645 Fifth Avenue
New York, New York 10022
(212) 407-8000

2