

# National Basketball Association

OFFICE OF THE GENERAL COUNSEL

Direct Dial: (212) 407-8743
Direct Fax: (212) 888-7931

FEB 27 2006
FEB 17 2006

DOCUMENT
ELECTRONICALLY FILED
FILED: 2/22/06

February 21, 2006

**BY FACSIMILE AND REGULAR MAIL**

*The conference is adjourned to April 7, 2006, @ 9:30 a.m.*
*2-21-06*
*[signature] AKH*

Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

      Re:    NBA Entertainment v. TopSports Ventures S.A. (05 Civ. 7119)

Dear Judge Hellerstein:

      I am writing to request the adjournment and rescheduling of the pretrial conference in the above-referenced matter. The conference is currently scheduled for 9:30 a.m. on March 3, 2006.

      On September 1, 2005, the Court approved NBA Entertainment's Request for Service Abroad of Judicial or Extrajudicial Documents Pursuant to the Additional Protocol to the Inter-American Convention on Letters Rogatory for service of the Summons and Complaint in Brazil. While we have been notified that the Plaintiff's Request has reached Brazilian authorizes, the Summons and Complaint have not yet been served upon the Defendant in Brazil. We have been advised by Brazilian counsel that any judgment from a United States court will not be accepted by the courts in Brazil unless the Defendant has been served through the Letters Rogatory procedure. At the initial conference on October 28, 2005, the Court mentioned that the Plaintiff should request a rescheduling of the March 3rd conference if the Complaint had not yet been served on the Defendant through the Letters Rogatory Procedure.

      This is the Plaintiff's first request for an adjournment of the conference date. I have not been contacted by opposing counsel in this matter, and I do not know whether the Defendant has in fact retained counsel for this matter. I am, however, sending the Defendant a copy of this request.

Olympic Tower · 645 Fifth Avenue · New York NY 10022 · (212) 407-8000 · Fax (212) 888-7931

RECYCLED PAPER

Honorable Alvin K. Hellerstein
February 21, 2006
Page 2

      The Plaintiff requests an adjournment of at least thirty (30) days. I am available on any Friday in April or May to attend a conference.

      Thank you for your attention to this matter.

Respectfully submitted,

Michelle C. Pujals
Assistant General Counsel

cc:    TopSports Ventures S.A.