

# National Basketball Association

OFFICE OF THE GENERAL COUNSEL

Direct Dial: (212) 407-8743
Direct Fax: (212) 888-7931

*A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 30 days on notice. All pending court dates are cancelled. The Clerk is directed to close the case.*

May 9, 2006

*Alvin K. Hellerstein, U.S.D.J.*
*Date: 5/10/06*

**RECEIVED MAY 10 2006 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.**

**BY FACSIMILE AND REGULAR MAIL**

Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

Re: <u>NBA Entertainment v. TopSports Ventures S.A. (05 Civ. 7119)</u>

Dear Judge Hellerstein:

    I am writing to request the adjournment of the pretrial conference in the above-referenced matter. The conference is currently scheduled for 9:30 a.m. on May 12, 2006.

    I am requesting this adjournment because the parties have entered into a settlement agreement in connection with the action. As soon as the Plaintiff NBA Entertainment receives payment under this settlement agreement, a stipulated dismissal of the action will be filed. This filing should occur within the next two weeks.

    This is the Plaintiff's third request for an adjournment of the conference date. The first two requests, which were made on February 21 and April 4, 2006, respectively, were granted by the Court. A copy of this request will be sent to the Defendant.

    Thank you for your attention to this matter.

Respectfully submitted,

cc: TopSports Ventures S.A.

Olympic Tower · 645 Fifth Avenue · New York NY 10022 · (212) 407-8000

RECYCLED PAPER

TOTAL P.02

NBA Entertainment v. Topsports Ventures S.A.    Doc. 5