

**EXHIBIT A**

NBA ENTERTAINMENT, a division of
NBA PROPERTIES, INC.
Michelle C. Pujals (MCP-0088)
Office of General Counsel
645 Fifth Avenue
New York, NY 10022



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NBA ENTERTAINMENT a division of <br> NBA PROPERTIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TopSports Ventures S.A., <br><br> Defendant. | 05-CV-7119 (AKH) <br><br> **STIPULATION AND ORDER OF** <br> **DISMISSAL WITH PREJUDICE** |

NBA Entertainment v. Topsports Ventures S.A.                                                                 Doc. 6

IT IS HEREBY STIPUTLATED AND AGREED, by and between the undersigned, attorneys for the parties in the above-captioned action, that this action be, and it hereby is, dismissed with prejudice and without costs, disbursements or attorneys' fees to either party.

Dated: New York, New York

By: _____
Michelle C. Pujals (MCP-0088)
NBA Entertainment, a division of
NBA Properties, Inc.
645 Fifth Avenue
New York, NY 10022
Attorneys for Plaintiff

By: _____
Pedro Paulo Barros de Magalhães
(OAB/RJ 87.384)
Azevedo & Magalhães Advogados
Associados
Av. Almirante Barroso, 139/5ᵗʰ Floor
Centro – Rio de Janeiro - RJ
Brazil – 20.031-005
Attorneys for Defendant

SO ORDERED:

_____
U.S.D.J.

5/25/06

11